```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

IN RE THE COMPLAINT OF JAMES
SCHNEIDER, AS OWNER OF A 2005 34'
S2 YACHTS MOTOR VESSEL, IILN
SSUH4102G405, USCG OFFICIAL NO.
1267657, IN A CAUSE OF
EXONERATION FROM OR LIMITATION
OF LIABILITY,

    Petitioner,

v.                                             Case No: 2:21-cv-549-JES-KCD

                                                      IN ADMIRALTY

ALLSTATE PROPERTY & CASUALTY INS.
CO.

    Claimant,

v.

JULIE LEONARD,

    Claimant/Third-Party
    Plaintiff,

v.

ROBERT SLADE,

    Third-Party Defendant.
_____

## FINAL PRETRIAL CONFERENCE ORDER

    The Court held a final pretrial conference with counsel for all parties on January 27, 2023. The following shall govern the case:

    1. A bench trial is scheduled to commence on **February 8, 2023, at 9:00 a.m.** Trial is estimated to last one to two days.

2. The parties submitted a Joint Final Pretrial Statement (Docs. #103) on January 13, 2023.

3. Petitioner Schneider and Third-party Defendant Slade filed Proposed Findings of Fact and Conclusions of Law (Docs. ##109, 112) on January 13, 2023.

4. Claimant and Third-Party Plaintiff Leonard and Claimant Allstate Property & Casualty Insurance Co. filed Trial Briefs (Docs. ## 102, 104) on January 12, and January 13, 2023.

5. The parties filed a Joint Exhibit List on (Doc. #116) January 26, 2023.  With no objections to Exhibits 1-83, they are admitted.

6. Petitioner Schneider's Exhibit and Witness Lists (Docs. ##107, 108) were filed on January 13, 2023.

7. Claimant Allstate Property & Casualty Insurance Co.'s Witness and Exhibit Lists (Docs. ##105, 106) were filed on January 13, 2023.

8. Third-party Defendant Slade's Exhibit and Witness Lists (Docs. ##110, 111) were filed on January 13, 2023.

9. A Joint Stipulation on Claimant Allstate Property & Casualty Insurance Co. a/s/o Julie Leonard and Jeffrey Leonard Property Damage (Doc. #101) was filed on January 12, 2023.

10. The parties are requested to submit their proposed Findings of Fact and Conclusions of Law via thumb drive to the Court by **February 8, 2023.**

**IT IS SO ORDERED.**

**DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of January, 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record